UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| GRISELDA VARGAS,<br><br>    Plaintiff,<br><br>  v.<br><br>NANCY A, BERRYHILL,<br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CASE NO. CV 17-00004-GJS<br><br>[~~PROPOSED~~] ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for Award of Fees under the Equal Access to Justice Act ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of SEVEN-THOUSAND ONE-HUNDRED FIFTY DOLLARS and NO CENTS ($7,150.00),

///

///

-1-

as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

Dated: August 30, 2017

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE